IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| EUGENE GORDON, #A0121750, ) | CIVIL NO. 06-00606 HG-LEK |
| ) | |
|       Petitioner,  ) | |
| ) | |
|   vs.  ) | ORDER ADOPTING MAGISTRATE'S |
| ) | FINDINGS AND RECOMMENDATION |
| NOLAN P. ESPINDA, ) | |
| ) | |
|       Respondent.  ) | |
| _____ ) | |

**ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendations having been filed and served on all parties on July 13, 2007, and no objections having been filed by any party[1],

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28 United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Petition" are adopted as the opinion and Order of this Court. Pursuant to this Order, Petitioner's Motion for Change of Venue, filed September 5, 2007 (Doc. No. 35.), is hereby DISMISSED as moot.

///

///

///

---

[1] On July 25, 2007, the Court granted Petitioner's first Ex Parte Motion for Extension of Time to file an objection to the July 13, 2007 Findings and Recommendation. On September 4, 2007, the Court granted Petitioner's second Ex Parte Motion for Extension of Time and granted Petitioner up to and including September 6, 2007, within which to file an objection. To date, no objection has been filed.

On Page 6 of the "Findings and Recommendation to Dismiss Petition" (Doc. No. 27), "©)" is changed to (C).

IT IS SO ORDERED.

DATED: September 14, 2007, Honolulu, Hawaii.



    **/s/ Helen Gillmor**

Chief United States District Judge

Gordon v. Espinda, Civ. No. 06-606 HG-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION; hmg\Orders 07\Gordon 06-606 HG (Ord Adopt F&R)